UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OBADIAH MCDANIEL,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER LANGUREN, et al.,<br><br>Defendants. | No. 2:25-cv-10485-SPG (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint, (Dkt. 1), the Order Regarding Complaint issued by the assigned magistrate judge, (Dkt. 5), and the Report and Recommendation of the magistrate judge, (Dkt. 8, "Report"). No party filed a timely objection to the Report. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that:

(1) The following claims in the Complaint are dismissed with prejudice and without leave to amend: (a) the Fourth Amendment search and seizure claim against Officer Lopez, Officer Houson, and Sct. Del Castillo; (b) the excessive force claim; (c) the due process claim; (d) the First Amendment retaliation claim; (e) the equal protection claim against Officer Lopez, Officer

Houson, and Sct. Del Castillo; and (f) the Monell claim; and

(2)    The case shall otherwise proceed solely on the Complaint's Fourth Amendment search and seizure and Fourteenth Amendment equal protection claims against Officer Languren, Sergeant Trevino, and John Does 1 and 2 in their individual capacity only.

**IT IS SO ORDERED.**

Dated: February 18, 2026

SHERILYN PEACE GARNETT
United States District Judge

2