UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| OBADIAH MCDANIEL,<br>Plaintiff,<br>v.<br>OFFICER LANGUREN, et al.,<br>Defendants. | Case No. 2:25-cv-10485-SPG-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint filed by Obadiah McDaniel ("Plaintiff") (Dkt. 1), the Prior Order Accepting Report and Recommendation (Dkt. 9, "Order"), the Notice and Order re Service of Process (Dkt. 10), and the current Report and Recommendation of the magistrate judge (Dkt. 15, "Report"). As no party filed a timely objection to the Report, the Report is approved and accepted.

Therefore, it is ordered that Judgment be entered as follows:

(1) Per the Order, following claims in the Complaint are dismissed with prejudice: (a) the Fourth Amendment search and seizure claim against Officer Lopez, Officer Houson, and Sct. Del Castillo; (b) the excessive force claim; (c) the due process claim; (d) the First Amendment retaliation claim; (e) the equal protection

claim against Officer Lopez, Officer Houson, and Sct. Del Castillo; and (f) the Monell claim; and

(2) The following remaining claims in the Complaint are dismissed without prejudice: the Fourth Amendment search and seizure claims and the Fourteenth Amendment equal protection claims asserted against Officer Languren, Sergeant Trevino, and John Does 1 and 2.

IT IS SO ORDERED.

Dated: July 16, 2026

SHERILYN PEACE GARNETT
United States District Judge