JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| OBADIAH MCDANIEL, Plaintiff, v. OFFICER LANGUREN, et al., Defendants. | Case No. 2:25-cv-10485-SPG-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge and the prior order of this Court,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED, with:

1. (a) the Fourth Amendment search and seizure claim against Officer Lopez, Officer Houson, and Sct. Del Castillo; (b) the excessive force claim; (c) the due process claim; (d) the First Amendment retaliation claim; (e) the equal protection claim against Officer Lopez, Officer Houson, and Sct. Del Castillo; and (f) the Monell claim dismissed with prejudice; and

2. (a) the Fourth Amendment search and seizure claims and (b) the Fourteenth Amendment equal protection claims against Officer

Languren, Sergeant Trevino, and John Does 1 and 2, dismissed without prejudice.

Dated: July 16, 2026

SHERILYN PEACE GARNETT
United States District Judge